NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-1374
consolidated with 11-839


STATE OF LOUISIANA

VERSUS

K.W.T.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 34489-10
HONORABLE ROBERT L. WYATT, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**PHYLLIS M. KEATY**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of J. David Painter, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.



**AFFIRMED.**



**John F. DeRosier**
**District Attorney**
**Carla S. Sigler**
**Karen C. McLellan**
**Assistant District Attorneys**
**1020 Ryan Street**
**Lake Charles, Louisiana 70601**
**(337) 437-3400**
**Counsel for Appellee:**
      **State of Louisiana**

**Peggy J. Sullivan**
**Louisiana Appellate Project**
**Post Office Box 2806**
**Monroe, Louisiana  71207**
**(318) 387-6124**
**Counsel for Defendant/Appellant:**
         **K.W.T.**

**K.W.T.**
**In Proper Person**
**Raven 1- Right- Camp- D**
**Louisiana State Prison**
**Angola, Louisiana 70712**
**Defendant**

**KEATY, Judge.**

For the reasons set forth in the companion case in this consolidated matter,

*State v. K.W.T.*, 11-839 (La.App. 3 Cir. ___/___/12), ____ So.3d ____,

Defendant's convictions and sentences are affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.